NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-286

STATE OF LOUISIANA

VERSUS

RONNIE KURT HONGO, JR.

**********

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 57538
HONORABLE STEPHEN B. BEASLEY, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Sylvia R. Cooks, Oswald A. Decuir, and Marc T. Amy, Judges.

AFFIRMED.

Don M. Burkett
District Attorney
Ronald D. Brandon
P. O. Box 1557
Many, LA  71449
(318) 256-6246
Counsel for Appellee:
        State of Louisiana

James E. Beal
Louisiana Appellate Project
P. O. Box 307
Jonesboro, LA 71251-0307
(318) 259-2391
Counsel for Defendant/Appellant:
        Ronnie Kurt Hongo, Jr.